**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   14-cv-02016-LTB-KLM

CRITICAL NURSE STAFFING, INC., a Colorado corporation,

       Plaintiff,

v.

SARAH MORLANG,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK


    Plaintiff's Unopposed Motion for Leave to File Amended Complaint (Doc 11 - filed September 2, 2014) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.



Dated:   September 3, 2014
___